# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

| In the Matter of: | | |
|---|---|---|
| Christina Nicole Barnes | } | **Case No: 20-70428-JHH13** |
| SSN: XXX-XX-3323 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, May 17, 2022 01:00 PM, for a hearing on the following:

   RE: Doc #47; Debtor's Motion to Approve Sale of Real Property

Proper notice of the hearing was given and appearances were made by the following:
   C David Cottingham (Trustee)
   Eric M Wilson, attorney for Christina Nicole Barnes (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the hearing, the debtor(s)' motion to sell property (Doc. 47) (the "Sale Motion") is granted on the following terms:

A. The debtor(s) are authorized to consummate the sale described in the Sale Motion.

B. All liens and encumbrances on the subject property shall be satisfied, in full, from the sale proceeds at closing.

C. Any realtor commissions and other seller closing costs described in the Sale Motion or the exhibit(s) thereto shall be paid from the sale proceeds at closing.

D. The closing agent is authorized to pay up to $15,500.00 to the debtor(s) from the sale proceeds at closing.

E. The closing agent shall remit any net sale proceeds (the "Net Proceeds") remaining after the foregoing disbursements are made to the chapter 13 trustee, and the trustee is authorized to disburse the Net Proceeds in the same sequence as the debtor(s)' regular plan payments.

F. Any stay of this order is waived.

G. The debtor(s) shall file a report of sale in this case within 14 days of the closing, attaching the seller(s)' closing statement for the sale.

H.  The trustee is authorized to suspend disbursements on claim number three of Rushmore Loan Management Services for a period of 60 days from the date of this order.

Dated: 05/17/2022                                                /s/ JENNIFER H. HENDERSON
                                                                 JENNIFER H. HENDERSON
                                                                 United States Bankruptcy Judge